**Order entered August 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01359-CR

## MAC A. DEGRAFFINRIED, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 86th Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 15050738-86-F

## ORDER

Appellant's brief was initially due May 5, 2017. We granted two motions to extend time; after granting the second motion, we cautioned appellant that the failure to file his brief by July 17 would result in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(2). To date, no brief has been filed and appellant has had no communication with the Court.

Therefore, the Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the

trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Blair Casey, Presiding Judge, 86th Judicial District Court; John Daniel Oliphant, Jr., and the Kaufman County District Attorney Erleigh Wiley.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/      ADA BROWN
         JUSTICE